# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 399 |
|---|---|---|
| | : | |
| ORDER ADOPTING RULE | : | MAGISTERIAL DOCKET |
| 216 OF THE PENNSYLVANIA | : | |
| RULES OF CIVIL PROCEDURE | : | |
| BEFORE MAGISTERIAL | : | |
| DISTRICT JUDGES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June, 2016, upon the recommendation of the Minor Court Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(b):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1)   Rule 216 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges is adopted in the attached form.

2)   Local rules of civil procedure before magisterial district judges effective prior to August 1, 2016 shall be compiled and published on the local court website in accordance with Pa.R.J.A. No. 103(d)(7), see No. 464 Judicial Administration Docket (June 28, 2016); No. 465 Judicial Administration Docket (June 28, 2016), no later than September 1, 2016 to remain effective.

3)   Local rules of civil procedure before magisterial district judges that have been adopted before, but not yet published in the Pennsylvania Bulletin as of August 1, 2016 shall be subject to the requirements of Pa.R.J.A. No. 103(d)(5)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

4)   Local rules of civil procedure before magisterial district judges that have been published in the Pennsylvania Bulletin as of August 1, 2016 but are not yet effective shall become effective in accordance with Pa.R.J.A. No.

103(d)(5)(iii) and shall be subject to the requirements of Pa.R.J.A. No. 103(d)(6)-(7), see No. 465 Judicial Administration Docket (June 28, 2016).

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on August 1, 2016.